**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

JOEY ORTIZ,

        Plaintiff,

v.                                                 Case No. 6:14-cv-362-Orl-37GJK

AMY MOON, individually and in her capacity as an officer with the Cocoa Police Department; MIKE CANTALOUPE, as Chief of Police of the City of Cocoa Beach Police Department; and JOSEPH P. LASATA, as Chief of Police of the Rockledge Police Department,

        Defendants.

**ORDER**

This matter is before the Court on the following:

1. Plaintiff's Amended Complaint (Doc. 28), filed May 2, 2014;

2. Mike Cantaloupe, as Chief of Police of the City of Cocoa Beach Police Department's Motion to Dismiss Counts II and III of Plaintiff's Amended Complaint With Prejudice and Motion to Strike References to Cocoa Beach (Doc. 32), filed May 15, 2014;

3. Defendant, Joseph P. Lasata's, as Chief of Police of the City of Rockledge Police Department, Motion to Dismiss Amended Complaint and Memorandum of Law in Support Thereof (Doc. 34), filed May 16, 2014; and

4. Plaintiff's Notice of Dropping Party (Doc. 35), filed May 30, 2014.

This action arises out of the alleged false arrest and false imprisonment of Plaintiff by officers employed by the City of Cocoa Police Department and the Rockledge Police Department. (Doc. 28.) Plaintiff was arrested during a traffic stop pursuant to a trespass warrant that was issued by Defendant Amy Moon, allegedly without probable cause, after Plaintiff attempted to repossess Officer Moon's vehicle at her residence. (*Id.* ¶¶ 7–9.) Plaintiff asserts federal civil rights claims against the following Defendants: (1) "Joseph P. Lasata, as Chief of Police of the Rockledge Police Department" (*id.* ¶¶ 4, 12–19 ("Count I"); (2) police officer Amy Moon, "individually and in her capacity as an officer with the Cocoa Police Department" (*id.* ¶¶ 5, 20–27 ("Count II")); and (3) "Mike Cantaloupe, as Chief of Police of the City of Cocoa Police Department" (*id.* ¶¶ 3, 28–35 ("Count III")).

Defendants removed this action from state court on March 6, 2014. (Doc. 1.) Defendants Cantaloupe and Lasata filed motions to dismiss Plaintiff's initial complaint. (Docs. 12, 15.) Plaintiff did not file responses to the motions, and on April 15, 2014, the Court granted the motions because the initial complaint was "fatally obtuse" and failed to state municipal liability claims under 42 U.S.C. § 1983.[1] (Doc. 27.) The Court afforded Plaintiff an opportunity to file an Amended Complaint to remedy the defects. (*Id.*)

Plaintiff filed an Amended Complaint (Doc. 28), Defendant Moon filed an Answer (Doc. 29), and Defendants Cantaloupe and Lasata again moved to dismiss (Docs. 32, 34). Plaintiff did not file memoranda in opposition to the motions to dismiss; however, she did file a Notice of Dropping Party—advising that she "stipulates and agrees to drop 'Mike Cantaloupe as Chief of Police of the City of Cocoa Police Department,' Mike

---

[1] The pertinent legal standards are set forth in the Court's previous Order granting Chiefs Lasata and Cantaloupe's motions to dismiss. (*See* Doc. 27, pp. 2–3.)

Cantaloupe in his individual capacity, Mike Cantaloupe in his official capacity as a party defendant." (Doc. 35.) Based on this notice, Plaintiff's claims against Chief Cantaloupe are due to be dismissed, and Chief Cantaloupe's motion is due to be denied as moot.

Absent opposition from Plaintiff, his claim against Chief Lasata also is due to be dismissed. Plaintiff alleges a single claim against Chief Lasata in his official capacity. (Doc. 28, ¶¶ 12–19.) Although Plaintiff has clarified the capacity in which Chief Lasata is sued, she has not otherwise corrected the deficiencies that required dismissal of her initial complaint. In particular, Plaintiff's allegations supporting municipal liability remain fatally conclusory and deficient. (*See id*; *see also* Doc. 27.) For these reason, and because Plaintiff not has filed a response in opposition, the Court finds that Chief Lasata's motion is due to be granted.

## CONCLUSION

Accordingly, it is hereby **ORDERED AND ADJUDGED**:

1. Pursuant to the Notice of Dropping Party (Doc. 35), the individual and official capacity claims against Defendant Mike Cantaloupe (Counts II and III of the Amended Complaint (Doc. 28)) are **DISMISSED**.

2. Mike Cantaloupe, as Chief of Police of the City of Cocoa Beach Police Department's Motion to Dismiss Counts II and III of Plaintiff's Amended Complaint With Prejudice and Motion to Strike References to Cocoa Beach (Doc. 32) is **DENIED AS MOOT**.

3. Defendant, Joseph P. Lasata's, as Chief of Police of the City of Rockledge Police Department, unopposed Motion to Dismiss Amended Complaint and Memorandum of Law in Support Thereof (Doc. No. 34) is **GRANTED**.

4. Count I of the Amended Complaint (Doc. 28) is **DISMISSED**.

5. This action will proceed solely with respect to Plaintiff's claims against Officer Moon.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on June 11, 2014.

_____
ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record